DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICHOLAS CARDULLO,**
Appellant,

v.

**SOUTH FLORIDA MATERIALS CORP.,**
d/b/a **VECENERGY,**
Appellee.

No. 4D21-3481

[December 29, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE-19-000101 (09).

Eric L. Berger of Eric L. Berger, P.A., Plantation, for appellant.

Lauren J. Smith of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***